if the Plff could maintain the action, he had a right to show that Deft claimed the property under a fraudulent sale—

Judg$^t$ reversed—case reman$^d$ with directions that a *venire* de novo be awarded—

## JAMES SLAUGHTER *versus* PEOPLE
### March 29, 1842.

G. A. O'Keeffe & G. C. Bates, attorneys for plaintiff. J. A. Van Dyke, attorney for defendants.